**DISTRICT OF OREGON**
**F I L E D**
**November 08, 2024**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_[signature]_
_____
THOMAS M. RENN
U.S. Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

| In re | Case No. _____ |
|---|---|
| | Amended |
| Debtor | **ORDER ON CLAIM OBJECTION** |

Based on the claim objection (docket #_____), IT IS ORDERED that the claim of _____, proof of claim no._____, be disallowed or allowed as follows:

Disallowed in full.

Disallowed for any distribution.

Disallowed for future distribution greater than the amount already paid ($_____).

Allowed as (*fill in each blank even if amount is $0*)

a secured claim for $ _____,

a priority unsecured claim for $ _____, and

a nonpriority unsecured claim for $ _____.

The amount of the arrearage is $ _____.

### ###

**763.5 (12/1/2022)**